John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
David Robbie Forkner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-08-363 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | [PROPOSED] ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| Philip Jesse Garcia, et al. | ) | |
| | ) | |
| | ) | Date: 9/5/08 |
| Defendants. | ) | Time: 9:00 a.m. |
| _____ ) | | Judge: Hon. Garland E. Burrell |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant David Forkner, John R. Manning Esq., counsel for defendant Philip Jesse Garcia, Hayes H. Gable III Esq., counsel for defendant Loretta Leigh Canham, Dennis S. Waks Esq., and counsel for defendant Steven Lynn Talbot, William E. Bonham Esq., that the status conference presently set for September 5, 2008 be **continued to October 17, 2008, at 9:00 a.m.**, thus **vacating** the presently set status conference.  This matter involves a  wire intercept on several telephones and related pen registers.  The government has notified the defense that approximately 1000 plus pages of

1

1 discovery are forthcoming.
2     It is further stipulated that the time between September 5,
3 2008 and October 17, 2008 can appropriately be excluded from the
4 Speedy Trial Act pursuant to 18 USC § 3161(h)(8)(B)(ii)(Local
5 Code T-2) and 18 USC § 3161(h)(8)(B)(iv)(Local T-4).
6 IT IS SO STIPULATED.

```
Dated: August 28, 2008            /s/ John R. Manning
                                 JOHN R. MANNING
                                 Attorney for Defendant
                                 David Robbie Forkner

Dated: August 28, 2008            /s/ Hayes H. Gable III
                                 HAYES H. GABLE III
                                 Attorney for Defendant
                                 Philip Jesse Garcia

Dated: August 28, 2008            /s/ Dennis S. Waks
                                 DENNIS S. WAKS
                                 Attorney for Defendant
                                 Loretta Leigh Canham

Dated: August 28, 2008            /s/ William E. Bonham
                                 WILLIAM E. BONHAM
                                 Attorney for Defendant
                                 Steven Lynn Talbot


Dated: August 28, 2008           McGREGOR W. SCOTT
                                 United States Attorney

                              by:  /s/ Michael M. Beckwith
                                 MICHAEL M. BECKWITH
                                 Assistant U.S. Attorney
```

```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      ) Case No.  CR.S 08-363 GEB
                               )
              Plaintiff,       )
                               )
     v.                        ) [PROPOSED] ORDER TO
                               ) CONTINUE STATUS CONFERENCE
Philip Jesse Garcia, et al.,   )
                               )
                               )
              Defendants.      )
_____
```

GOOD CAUSE APPEARING, it is hereby ordered that the September 5, 2008 status conference be continued to October 17, 2008 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii)(Local Code T-2) and 18 U.S.C. § 3161(h)(8)(B)(iv)(Local Code T-4) from the date of this order to October 17, 2008.

IT IS SO ORDERED.

Dated:  September 8, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

3